O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GUTIERREZ,<br><br>        Petitioner,<br><br>vs.<br><br>M.D. McDONALD, Warden,<br><br>        Respondent. | Case No. CV 09-646-JVS (DTB)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. Objections to the Report and Recommendation have been filed herein. Having made a de novo determination of those portions of the Report and Recommendation to which objections have been made, the Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

The Court notes that in his Objection to the Magistrate's Report and Recommendation ("Objection"), Petitioner asserts a new error: the failure of the trial court to give an instruction *sua sponte* regarding treatment of a defendant's oral out-of-court statements. (Objection, pp. 21-24.) The Court declines to consider this belated argument.

IT THEREFORE IS ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: October 5, 2009

*/s/ James V. Selna*

JAMES V. SELNA
UNITED STATES DISTRICT JUDGE